UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL LOODEEN,

       Plaintiff,

                                                    Case No. 1:06-cv-848
v.                                                  Hon. Hugh W. Brenneman, Jr.

CONSUMERS ENERGY COMPANY,

       Defendant.

_____/

**JUDGMENT**

       In accordance with the Opinion entered this date;

       Defendant's motion for summary judgment (docket no. 26) is **GRANTED,** plaintiff's motion for summary judgment (docket no. 31) is **DENIED**, and this case is **DISMISSED**.

       IT IS SO ORDERED.


Dated:  March 14, 2008                                /s/ Hugh W. Brenneman, Jr.
                                                           HUGH W. BRENNEMAN, JR.
                                                            United States Magistrate Judge